**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number *(if known)*: _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Cherished Land, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-3340919 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 64 Auburn Street | |
| Number    Street | Number    Street |
| | P.O. Box |
| Portland      ME    04103 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cumberland County | |
| County | Number    Street |
| | City          State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Cherished Land, LLC          Case number *(if known)*_____
       Name

| 7. | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5313

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                     MM / DD / YYYY

       District _____ When _____ Case number _____
                     MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                           MM / DD / YYYY

       Case number, if known _____

---

| Debtor | Cherished Land, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name        _____

Phone               _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Cherished Land, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2025
      MM  / DD / YYYY

X _____
Signature of authorized representative of debtor

Samuel F. Eakin
Printed name

Title Authorized Party

**18. Signature of attorney**

X /s/ D. Sam Anderson
Signature of attorney for debtor

Date 09/11/2025
    MM   / DD / YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number        Street

Portland
City

ME   04101
State   ZIP Code

2077741200
Contact phone

sanderson@bernsteinshur.com
Email address

9809
Bar number

ME
State

# CHERISHED LAND, LLC

## WRITTEN RESOLUTIONS OF MEMBER AND ASSIGNEE OF MEMBER VOTING RIGHTS

### September 10, 2025

The undersigned, being a member and the assignee of certain voting rights of Cherished Land, LLC (the "**Company**"), hereby unanimously adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The members/shareholders of the Company assigned their voting rights in the Company, including majority voting rights and the right to make a tie breaking vote, to CP Westbrook, LLC ("**CP Westbrook**") until such time as the obligations owed to CP Westbrook are paid in full, including, without limitation, as such assignment is set forth in that certain promissory note from CP Westbrook, LLC (as lender) to Cherished Land, LLC (as borrower) in the original principal amount of $300,000.00 and that certain resolution of CP Westbook dated on or about May 12, 2023; and further

**WHEREAS:** The undersigned parties have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the undersigned parties being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The undersigned parties have determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue debtor in possession financing, potential sales of some or all of the Company's assets, and/or a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve; and further

**RESOLVED:** That Samuel F. Eakin, acting individually, is authorized on behalf of, and

in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which he deems necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**    That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by Samuel F. Eakin as authorized party.

**CHERISHED POSSESSIONS, INC.**

Date: _9/10/25_

By: _____
Name: Samuel F. Eakin
Title: _President_

**CP WESTBOOK, LLC**, *as assignee of certain voting rights in Cherished Land, LLC*

Date: _9/10/25_

By: _____
Name: Samuel F. Eakin
Title: Manager and Sole Member

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>CHERISHED LAND, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-_____ |

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures,

Cherished Land, LLC respectfully represents that the following individuals and/or corporations

directly or indirectly own 10% or more of any class of Cherished Land, LLC's equity interests:

**Cherished Possessions, Inc. (50% of membership interests)**

**James Belt and Gail Belt (25% of membership interests)**

**David Lyon (25% of membership interests)**

Dated:   September 11, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER &
NELSON, P.A.**

*/s/ D. Sam Anderson*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in
Possession*

---

[1] The last four digits of Cherished Land, LLC's federal taxpayer identification number are 0919, and its principal place of business is 64 Auburn Street, Portland, Maine 04103.

**United States Bankruptcy Court**

IN RE:                                                          Case No. _____

Cherished Land, LLC                                                        11
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Cherished Possessions, Inc.<br>64 Auburn Street<br>Portland, ME 04103 | (50%) | Membership Interest |
| James and Gail Belt<br>15 King Street<br>Portland, ME 04103 | (25%) | Membership Interest |
| David Lyon<br>476 Court Street,<br>Apt #1<br>Auburn, ME 04010 | (25%) | Membership Interest |

**Fill in this information to identify the case:**

Debtor name _____Cherished Land, LLC_____

United States Bankruptcy Court for the:_District of Maine_____

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CP Westbrook 64 Auburn Street Portland, ME, 04103 | | | | | | 300,000.00 |
| 2 | Cross Insurance Agency 2331 Congress Street Portland, ME, 04101 | | | | | | 5,439.43 |
| 3 | City of Portland - Storm Water 389 Congress Street Portland, ME, 04101 | | | | | | 2,064.00 |
| 4 | HR Block Accounting One H&R Block Way Kansas City, MO, 64105 | | | | | | 690.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Cherished Land, LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (*if known*)‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name ___Cherished Land, LLC_____

United States Bankruptcy Court for the: District of Maine _____

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2025            X _____      _Samuel F. Enkino_
      MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                    Printed name _____

                                    _Authorized Party_
                                    Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

District of Maine

In re:  Cherished Land, LLC                                    Case No.

                                                               Chapter    11

              Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/11/2025

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

American Fire & Casualty
175 Running Hill Road
Suite 1A
South Portland, ME        04106

Androscoggin Valley Council of Governments
125 Manley Road
Auburn, ME        04210

City of Portland
389 Congress St
Attn: Storm Water and Property Tax Division
Portland, ME     04101

CP Westbrook
64 Auburn St
Portland, ME     04103

Cross Insurance Agency
2331 Congress St
Portland, ME     04102

David Lyon
476 Court Street
Apt #1
Auburn, ME        04010

Finance Authority of Maine
5 Community Drive
Augusta, ME      04332-0949

Franklin Savings Bank
209 Main Street
P.O. Box 825
Farmington, ME   04938-0825

Monaghan Leahy, LLP
2 Monument Square
Suite 401
Portland, ME     04112-7046

HR Block Accounting
One H&R Block Way
Attn: Mike Diemer
Kansas City, MO 64105

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA         19101-7346

James Belt
15 King Street
Portland, ME     04103

Maine Revenue Services
51 Commerce Dr
Augusta, ME      04333

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland, ME     04101-3490

Samuel F. Eakin and Cheryl Sanderson
1000 Shore Road
Building 326
Cape Elizabeth, ME       04107

State Farm c/o Eric Wilson
94 Auburn Street
Suite 101
Portland, ME     04103


Cross Insurance Agency
2331 Congress Street
Portland, ME     04101